**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 03-6018**

─────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

BRIAN KEITH BREVARD,

Defendant - Appellant.

─────────────

**No. 03-6061**

─────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

BRIAN KEITH BREVARD,

Defendant - Appellant.

─────────────

Appeals from the United States District Court for the Western District of North Carolina, at Charlotte. Richard L. Voorhees, District Judge. (CR-98-297-V)

─────────────

Submitted: March 20, 2003          Decided: March 27, 2003

Before WILLIAMS and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Brian Keith Brevard, Appellant Pro Se. Timika Shafeek, Assistant United States Attorney, Charlotte, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In these consolidated appeals, Brian Keith Brevard seeks to appeal from the district court's order denying relief on his motion under the All Writs Act that the court construed as a petition for a writ of coram nobis. 28 U.S.C. § 1651. We have independently reviewed the record and conclude that Brevard has not established reversible error. See Miller-El v. Cockrell, ___ U.S. ___, 2003 WL 431659 at *10 (U.S. Feb. 25, 2003) (No. 01-7662); United States v. Brevard, No. CR-98-297-V (W.D.N.C. June 20 & Nov. 22, 2002). Accordingly, we deny his motion for appointment of counsel and affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED